UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL J. O'FRIEL and
ESTHER R. O'FRIEL,

      Plaintiffs,                      CASE NO. 8:18-cv-00610-JSM-TGW

v.

NEW PENN FINANCIAL, LLC d/b/a
SHELLPOINT MORTGAGE SERVICES,
a limited liability company,

      Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Daniel J. O'Friel and Esther R. O'Friel, by and through undersigned counsel and pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, hereby dismisses Defendant New Penn Financial, LLC d/b/a Shellpoint Mortgage Services without prejudice.

[Signatures are on the next page]

1

Dated: March 28, 2018						Respectfully Submitted,

        **DUNLAP, BENNETT & LUDWIG, PLLC**
  612 W. Bay Street
  Tampa, Florida 33606
  Phone:  (813) 360-1529
  Fax:     (813) 336-0832

 /s/ Gus M. Centrone_____
  **BRIAN L. SHRADER, ESQ.**
Florida Bar No. 57251
 e-mail: bshrader@DBLLawyers.com
  **GUS M. CENTRONE, ESQ.**
 Florida Bar No. 30151
  e-mail: gcentrone@DBLLawyers.com
  **ALEXANDER D. LICZNERSKI. ESQ.**
 Florida Bar No. 123873
 e-mail: Alicznerski@DBLLawyers.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2018, a true and correct copy of the forgoing was filed with the Clerk of Court for the Middle District of Florida through the CM/ECF system that will give notice to all parties of record.

 /s/ Gus M. Centrone_____
**Attorney**