# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

DANIEL J. O'FRIEL and ESTHER R.
O'FRIEL,

      Plaintiffs,

v.                                          Case No: 8:18-cv-610-T-30TGW

NEW PENN FINANCIAL, LLC,

      Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal without Prejudice (Dkt. 7).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed without prejudice.

2.      All pending motions, if any, are denied as moot.

3.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of March, 2018.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record